IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVELYN SCOTT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-596-ECM |
| | ) |
| SCOTT HARRIS in his individual capacity, | ) |
| *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

On June 9, 2023, the parties filed a joint stipulation of dismissal with prejudice. (Doc. 62). Upon consideration of the joint stipulation, which comports with FED. R. CIV. P. 41(a)(1), it is

ORDERED that this action is DISMISSED with prejudice, with each party to bear their own costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 12th day of June, 2023.

                                              /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE